# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CASE NO. 4:13 ~~MJ82~~ CR189              MINUTES              JUDGE CODE: 3JBC

UNITED STATES of AMERICA                                        GREG GILLULY
_____                                           _____
Plaintiff                                                       Counsel for Plaintiff

VS.
JAMES SEYFRIED, FINLANDIA PINEDA, ELAINE                        JOHN CARSON (CJA), MATTHEW
TAYLOR                                                          MIDGETT (CJA), DOW BONDS (CJA)
_____                                           _____
Defendant                                                       Counsel for Defendant

ALSO PRESENT:          SHERRI F. FLANDERS          Courtroom Deputy Clerk
                              FTR                  Court Reporter
    9:28 - 9:59          Mark/Joel                 U. S. Marshal
                        DREW WALKER                U. S. Probation

                                                                SAVANNAH, GA
NOVEMBER 6, 2013
_____                                           _____
DATE                                                            PLACE

CASE CALLED THIS DATE FOR    ARRAIGNMENT & DETENTION HEARING

CHARGES & MAX. PENALTIES SET OUT BY THE COURT.

RIGHTS ADVISED.

DFTS. PLEAD NOT GUILTY; PLEAS ENTERED

GOV'T. WILL FOLLOW LIBERAL DISCOVERY POLICY

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED

Counsel request 2 addt'l. days to file pretrial motions; Court will GRANT 5 addt'l. days
DETENTION HEARING: Seyfried- temp. dtn. is ~~considered~~ considered - no contact c
9:34- Proffer by Gov't.                                 supervising officer yet
Proffer by Bonds as to Elaine Taylor. 9:43-
Proffer by Carson as to Seyfried. 9:52-
Proffer by Midgett as to Pineda. 9:55

Court orders pretrial detention as to all D's.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | CR4:13 |
|---|---|---|
| CASE NO. | JUDGE CODE | |
| | | |

Plaintiff

Defendant

MINUTES / PROCEEDINGS
PTR
Mark/Deel
DEPUTY CLERK

9:28 – 9:54

CASE CALLED FOR: ARRAIGNMENT & DETENTION HEARING

Counsel request 2 addt'l. days to file pretrial motions; Court will GRANT & with.obs.
Seyfried - temp. atty. is _____ considered. no counsel of supervising officer yet

9:34  Proffer by Gov't.
       Proffer by Bonds as to Elaine Taylor. 9:45
       Proffer by Carson as to Seyfried. 9:52
       Proffer by Midgett as to Pineda. 9:55

Court orders pretrial detention as to all Δ's.

JC

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013.

_____
Foreman

## PLEA

The defendant, _James Seyfried_, waives arraignment and pleads _not guilty_

In open Court, this _6th_ day of _November_, 2013.

_____
Counsel for Defendant

_____
Defendant

---

No. CR 413-189

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES

vs.

JAMES SEYFRIED, ELAINE TAYLOR, and FINLANDIA PINEDA

INDICTMENT

FOR

18 U.S.C. § 922(g)(1);
18 U.S.C. § 2

Filed in open Court this ____ day of November, 2013.

_____
Deputy Clerk

EDWARD J. TARVER
United States Attorney

USA-40-21-3

---

## PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2013.

_____

_____

Witness:

_____
Clerk, United States Courts

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013.

_____
Foreman

# PLEA

The defendant, **Elaine Taylor**, waives arraignment and pleads **not guilty**
In open Court, this **6th** day of **November**, 2013.

_____
Counsel for Defendant

*Elaine Taylor*
Defendant

---

USA-40-21-3

EDWARD J. TARVER
United States Attorney

Filed in open Court this _____ day
of November, 2013.

_____
Deputy Clerk

INDICTMENT
FOR
18 U.S.C. § 922(g)(1);
18 U.S.C. § 2

UNITED STATES
vs.
JAMES SEYFRIED, ELAINE TAYLOR, and
FINLANDIA PINEDA

United States District Court
Southern District of Georgia
Savannah Division

No. CR 413-189

---

# PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2013.

_____
_____
_____

Witness:

_____
Clerk, United States Courts

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2013.

_____
Foreman

# PLEA

The defendant, **Finlandia Pineda**, waives arraignment and pleads **not guilty**

In open Court, this **6th** day of **November**, 2013.

_Matthew Nixett_
Counsel for Defendant

_[signature]_
Defendant

---

No. CR 413-189

United States District Court
Southern District of Georgia
Savannah Division

UNITED STATES
vs.
JAMES SEYFRIED, ELAINE TAYLOR, and
FINLANDIA PINEDA

INDICTMENT
FOR
18 U.S.C. § 922(g)(1);
18 U.S.C. § 2

Filed in open Court this _____ day
of November, 2013.

_____
Deputy Clerk

EDWARD J. TARVER
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s)_____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2013.

_____
_____
_____

Witness:

_____
Clerk, United States Courts