IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

_____

CHANGE OF PLEA IN SAVANNAH CRIMINAL NO. __4:13CR-189-3__

WITH THE CONSENT OF THE COURT :

The Defendant, FINLANDIA PINEDA, having previously entered a plea of not guilty, hereby withdraws that plea and enters a plea of guilty to count(s) ____1_____ in the Indictment.

This __9__ day of JANUARY, 2014

_____
Defendant

_____
Counsel for the Defendant

Nolle Prosse count(s) at Sentencing _____

Limited Waiver of Appeal :    √ Yes        ____ No