5 Forrester Court
Palm Coast, FL 32137

April 1, 2014

The Honorable B. Avant Edenfield
U.S. District Court for the Southern District of Georgia
P.O. Box 8286
Savannah, GA 31412

Dear Judge Edenfield,

I am writing you on behalf of my mother, Finlandia Pineda, a defendant in one of your upcoming court cases. My name is Estevan Seyfried and I am her oldest son. Unfortunately both my parents will be coming forward for trial in the next few days. I have already written to you on behalf of my father James Seyfried so I will not repeat myself on the burdens my family has already endured through my childhood. Instead I would like to highlight the positive affect my mother has had on others lives and the selflessness she demonstrated daily.

My uncle was Injured in a horrible automobile accident three years ago. Surviving the trauma and multiple emergency surgeries was no small miracle but it would never have even been possible if not for my mother. She stayed by his side while he lay comatose and fought relentlessly for every procedure and surgery. His insurance wouldn't cover any of it but she campaigned tirelessly on his behalf and learned every in and out of the system to ensure he would have the best chance of recovery. After he was finally released she learned firsthand from the doctors and nursing staff how best to care for him and helped him off all the drugs painkillers the hospital had him taking during his extensive stay. The withdrawal process was one of the largest obstacles my uncle and mother ever faced but I am proud to say that today my uncle is completely clean.

One paraplegic would be a full time job for anyone but my mother also cared for three other patients in addition to my uncle. I often helped my mother when I could and I can honestly say I have never seen a harder worker. Unfortunately I have been unable to find anyone capable of filling her shoes. I attempted to step in and care for these people myself after her arrest but after four months I was broken. Completely exhausted both physically and mentally I tried to find the best care I could for all of them. My aunt is caring for my uncle for the time being but I know that with children of her own it is only a matter of time before she burns out and he is placed in a nursing home. Dr. Larry Cruz has already been moved twice because the facilities were unable to provide adequate care for him and his meager social security benefits were not adequate to cover the extra help he requires. These people will become burdens on the state yet my mother managed to juggle them all on her own. My parents are both hard workers who gave selflessly to their family and friends and their absence is already being felt. Thank you for your time.

Respectfully,

*Estevan Seyfried*