5 Forrester Court
Palm Coast, FL 32137

February 9, 2014

The Honorable B. Avant Edenfield
U.S. District Court for the Southern District of Georgia
P.O. Box 8286
Savannah, GA 31412

    To the Honorable B. Avant Edenfield

    I am writing this letter to you on behalf of Finlandia Pineda.

    My name is Marvin D. Buckman and I am eighty-three years young. I retired from the U.S. Army after serving more than 25 years. I love my country and even at my age I would gladly still serve my nation and lay down my life to preserve our constitution should it be necessary.

    There is one more thing for which I would lay down my life and that is fro Finlandia and her three wonderful sons that have been a part of my life since the time of their birth. I have watched these boys who have now grown into incredible responsible young men and I am proud to have been a part of their lives through good times and bad.

    Finlandia is an amazing mother and a remarkable nurturer. She has high morals, is a strong disciplinarian and possesses unbelievable energy. I call her the General and if she had been in the service she would have become one.

    Now she concentrates on taking care of the elderly and the defenseless. Besides myself she also cares for Shirley Kober, an eighty-seven year old with severe dementia. She cares for Dr. Larry Cruz, a sixty-three year old cardiologist who has stage four multiple sclerosis. And she cares for her brother Steven who has a spinal cord injury from a car accident. Any one of her patients would be a full time job yet she manages to care for all of us, keep us healthy, busy, happy and content. To live under her care is to feel loved and blessed. She brings light to our lives, she is the most selfless, giving, humanitarian I have ever known.

    Because you are a judge, endowed with wisdom and discernment my prayer and hopes would be that you will get to the bottom of this case and unravel the snare that I know has put them, Finlandia and James, in the position to come before you. They are productive citizens that save our government almost a half million dollars per year. 475,000 - 485,000 by taking care of us. Finlandia gives so much and yet gets paid so little for all she does. She serves with love.

Sincerely,

*Marvin Buckman*