| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: B. AVANT EDENFIELD DATE: 4/16/14 |
|---|---|---|

CRIMINAL CASE NO. CR 4:13cr-189-3
UNITED STATES OF AMERICA VS. FINLANDIA PINEDA

COURTROOM DEPUTY  BURRELL                COURT REPORTER  DORSEY

ATTORNEY(S) FOR THE GOVERNMENT:          ATTORNEY(S) FOR THE DEFENDANT:
E. GREGORY GILLULY, JR.                  MATTHEW G. MIDGETT

U.S. PROBATION OFFICER:                  DEFENDANT SENTENCED ON COUNT(S)

GILL                                     1

✓ Presentence Report Reviewed In Full    Custody  115  Months B.O.P.

✓ Objections to Factual Basis            Probation _____

✓ Objections To Guidelines Calculations  Supervised Release  3  Years

✓ Probation Officer Testifies            Special Conditions  Standard / Mandatory

✓ Changes Ordered in Factual Basis/Calculations    Fine $  0.00

___ No Changes Ordered                   Restitution $  6788.50 / 230.00/month

✓ Findings Of The Court                  Special Assessment $  100.00

✓ Factual Witnesses Testify              To Be Paid  immediately

✓ Statements Of Counsel                  Community Service _____

✓ Statements By Defendant                Facility Recommended  Coleman

✓ Sentence Pronounced                    Defendant Remanded To The USM  ✓

OTHER DIRECTIVES OF THE COURT            Voluntary Surrender _____

___ Attach Statement of Reasons to the Judgment   To USM ☐  To Facility ☐

___ Transcribe Statement of Reasons      Nolle Prosse Count(s) _____

✓ Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified  ✓

___ Appellate Disclosure Forms Provided  Departure From Guidelines _____

___ Notice of Counsel's Post-Conviction Obligations Provided    Upward _____  Downward _____

U.S. Deputy Marshal  Sid                 Time  1:51  to  2:23  Total _____

Court Security Officer  Rick