**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:13-cr-189 |
| FINLANDIA PINEDA, | |
| Defendant. | |

## O R D E R

Before the Court is the Government's motion for an order directing the Federal Bureau of Prisons to turn over a portion of the Defendant's inmate trust account to the Federal Clerk in partial payment of the Defendant's criminal restitution balance.  (Doc. 74.)  After careful consideration and for good cause shown, the Government's motion is **GRANTED**.

Within thirty days hereof, the Federal Bureau of Prisons is directed to withdraw $1,922.90 from Defendant Finlandia Pineda's inmate trust account and remit it to the Clerk of Court for the Southern District of Georgia in the form of a check bearing case number 4:13-cr-00189-3 and mailed to U.S. District Court Clerk's Office, P.O. Box 8286, Savannah, Georgia 31412.  The Clerk of Court is DIRECTED to apply these funds as payment towards the criminal monetary obligations of Finlandia Pineda, Register Number 53651-053.

**SO ORDERED**, this 2nd day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA